June 11, 2004

Mr. Clay E. Coalson
Donnell & Abernethy
P. O. Box 2624
Corpus Christi, TX 78403-2624
Mr. Brock C. Akers
Phillips & Akers, P.C.
3200 Southwest Freeway, Suite 3400
Houston, TX 77027-7523

RE: Case Number: 02-1047
 Court of Appeals Number: 13-00-00778-CV
 Trial Court Number: 00-6557-C

Style: BOSTROM SEATING, INC.
 v.
 CRANE CARRIER COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Patsy Perez|